# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D17-4347
_____

JACOB HAWKINS,

Appellant,

v.

JIMMY COKER,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

June 22, 2018

PER CURIAM.

DISMISSED. *See Mobley v. McNeil*, 989 So. 2d 1215 (Fla. 1st DCA 2008). In light of the dismissal, Appellant's motion for leave to file an amended brief, filed on May 18, 2018, is denied.

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jacob Hawkins, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Brett Coleman, Assistant Attorney General, Tallahassee, for Appellee.